200 So.2d 666

**FLORIDA GAS TRANSMISSION
COMPANY**

v.

**Mrs. Eunice M. MUNSON.**

No. 48799.

June 30, 1967.

In re: Mrs. Eunice M. Munson applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 198 So.2d 750.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

200 So.2d 666

**FLORIDA GAS TRANSMISSION
COMPANY**

v.

**William T. WOODSIDE et al.**

No. 48801.

June 30, 1967.

In re: Florida Gas Transmission Company applying for certiorari, or writ of review, to the Court of Appeal, Parish of East Baton Rouge. 198 So.2d 716.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.